# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**KEVIN P. WEIMER**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

**DOCKETING SECTION**
404-215-1655

July 29, 2022

Clerk of Court
State Court of Dekalb County
DeKalb County Courthouse, 2nd Floor, Suite 230
556 N. McDonough Street
Decatur, Georgia 30030

    Re:    *Michael Neely, v Wal-Mart Transportation, LLC, et al.,*
             Your Case Number: 22A01964
             Our Case Number: 1:22-CV-2645-SCJ

Dear Clerk:

Attached is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.

                         Sincerely,

                         Kevin P. Weimer
                         District Court Executive
                           and Clerk of Court

                     By:  <u>s/ D. McGoldrick</u>
                           Deputy Clerk

Enclosure